FILED

NOV 20 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| Plaintiff, ) | |
| v. ) | CASE NO. 5:25CR 582 |
| TOMMY HIGGINS, ) | Title 18, United States Code, Sections 922(g)(1), 924(a)(8) and 924(c)(1)(A)(i); Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) |
| Defendant. ) | |

JUDGE BOYKO

COUNT 1
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(A))

The Grand Jury charges:

1. On or about September 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant TOMMY HIGGINS did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

COUNT 2
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury further charges:

2. On or about September 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant TOMMY HIGGINS, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Trafficking in Heroin, in Summit County Court of Common Pleas Case No. 2014-09-2671(A), on or about January 20,

2015; Possession of Heroin, in Summit County Court of Common Pleas Case No. 2014-09-2671(A), on or about January 20, 2015; Attempted Felonious Assault, in Summit County Court of Common Pleas Case No., 2003-09-2986(A), on or about February 2, 2004; Burglary, in Summit County Court of Common Pleas Case No., 2002-05-1334(A), on or about February 2, 2004; and Possession of Cocaine, in Summit County Court of Common Pleas Case No., 2000-03-0743, on or about March 15, 2001, did knowingly possess in and affecting interstate and foreign commerce, a firearm, to wit: a Smith and Wesson, 9mm pistol, serial number A593174, and ammunition, said firearm and ammunition having been shipped in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 3
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

3. On or about September 30, 2025, in the Northern District of Ohio, Eastern Division, Defendant TOMMY HIGGINS, in furtherance of a drug trafficking crime for which Defendant may be prosecuted in a court of the United States, that being, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 1 of the Indictment, possessed a firearm, to wit: a Smith and Wesson, 9mm pistol, serial number A593174, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## FORFEITURE

The Grand Jury further charges:

4. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853; Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code Section 2461(c), the allegations of Counts 1 through 3 are incorporated herein by reference. As a

result of the foregoing offenses, Defendant TOMMY HIGGINS shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of such violations; any and all of his property used or intended to be used in any manner or part to commit or to facilitate the commission of such violations; and, any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following: a Smith and Wesson, 9mm pistol, serial number A593174 and ammunition, seized on September 30, 2025.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.